**Opinion issued May 15, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-25-00327-CV

————————————

## IN RE JOSHUA HERRON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Joshua Herron has filed a petition for writ of mandamus, requesting that we order the trial court to sign a default judgment in his favor.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Joshua Herron v. Icon San Antonio, LLC, d/b/a Icon,* cause number 2024-53020, pending in the 129th District Court of Harris County, the Honorable Michael Gomez presiding.